# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| KAWIKA TREVICE WORRELL | : | CHAPTER 13 |
| CAMILLE LIZETTE WORRELL | : | |
| Debtors. | : | CASE NO.: 18-51776-PMB |
| | : | |

## CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
## BANKRUPTCY RULE 7004

This is to certify that I have this day served a copy of the Amended Chapter 13 Plan filed in the above styled case on May 30, 2018 (Doc. No. 27) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

LVNV Funding, LLC
c/o Emmett L. Goodman, Jr.
Attorney at Law
544 Mulberry Street
Suite 800
Macon, GA 31201-2776[1]

LVNV Funding, LLC
c/o Resurgent Capital Services, LP
PO Box 10675
Greenville, SC 29603-0675
Attn: Zachary Singleton

LVNV FUNDING, LLC
c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808[2]

RESURGENT CAPITAL SERVICES L.P.
55 BEATTIE PLACE
SUITE 110
GREENVILLE, SC, 29601[3]

---

[1] Address of plaintiff's attorney as set forth in the recorded FiFa (as also attached to Proof of Claim 11 filed in this case)

[2] Registered agent per Delaware Secretary of State.  NOTE: LVNV Funding LLC is not registered as a foreign entity with the Georgia Secretary of State

[3] Principal office address per Georgia Secretary of State

RESURGENT CAPITAL SERVICES L.P.
c/o Corporation Service Company
40 Technology Pkwy South
#300
Norcross, GA 30092[4]

RESURGENT CAPITAL SERVICES L.P.
c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808[5]


DATED: May 30, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339

---

[4] Registered agent per Georgia Secretary of State
[5] Registered agent per Delaware Secretary of State