IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| KAWIKA TREVICE WORRELL | : | CHAPTER 13 |
| CAMILLE LIZETTE WORRELL | : | |
| Debtors. | : | CASE NO.: 18-51776-PMB |
| | : | |

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE that the Debtor(s) has/have filed a** preconfirmation modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

<u>**Your rights may be affected**</u>. **You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

A hearing on confirmation of the Chapter 13 Plan, as modified, will be held in **Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 9:30 A.M. on October 4**, **2018**. You or your attorney must attend the hearing and advocate your position.

Dated: August 30, 2018

___/s/_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404) 800-4001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| KAWIKA TREVICE WORRELL | : | CHAPTER 13 |
| CAMILLE LIZETTE WORRELL | : | |
| Debtors. | : | CASE NO.: 18-51776-PMB |
| | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and **NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-1245

DP Atlanta
Post Office Box 855
Decatur, GA 30031-0855

DP Atlanta LLC
1029 N Calvert St
Baltimore, MD 21202

LVNV Funding
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

Providence Place HOA
c/o Sentry Management
303 Corporate Center Drive
Suite 300A
Stockbridge, GA 30281

DATED: August 30, 2018

____/s/_____
Howard P. Slomka
Georgia Bar #652875

Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339