# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| KAWIKA TREVICE WORRELL | : | CHAPTER 13 |
| CAMILLE LIZETTE WORRELL | : | |
| Debtors. | : | CASE NO.: 18-51776-PMB |
| | : | |

## CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
## BANKRUPTCY RULE 7004

This is to certify that I have this day served a copy of the Chapter 13 Plan filed in the above styled case on February 2, 2018 (Doc. No. 2) and the Amended Chapter 13 plan filed on April 11, 2018 (Doc. No. 21) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

SANTANDER CONSUMER USA INC.
1601 Elm Street
Suite 800
Dallas, TX, 75201[1]

SANTANDER CONSUMER USA INC.
c/o C T CORPORATION SYSTEM
289 S Culver St
Lawrenceville, GA 30046-4805[2]

DATED: August 30, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC

---

[1] Principal office address per Georgia Secretary of State
[2] Registered agent per Georgia Secretary of State

Overlook III
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339