IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| KAWIKA TREVICE WORRELL | : | CHAPTER 13 |
| CAMILLE LIZETTE WORRELL | : | |
| Debtors. | : | CASE NO.: 18-51776-PMB |
| | : | |

**CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
BANKRUPTCY RULE 7004**

This is to certify that I have this day served a copy of that certain NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN filed on August 30, 2018 (Doc. No. 35) in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

SANTANDER CONSUMER USA INC.
1601 Elm Street
Suite 800
Dallas, TX, 75201[1]

SANTANDER CONSUMER USA INC.
c/o C T CORPORATION SYSTEM
289 S Culver St
Lawrenceville, GA 30046-4805[2]

Date: August 30, 2018

_____/s/_____
Howard Slomka, Esq.

---

[1] Principal office address per Georgia Secretary of State
[2] Registered agent per Georgia Secretary of State

Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001