```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON OCTOBER 4, 2018**

CASE NO.:   18-51776-PMB

DEBTORS:   KAWIKA T. WORRELL
           CAMILLE L. WORRELL

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTORS HAVE PROVIDED PROOF OF INCOME AND

WHETHER DEBTORS HAVE RESOLVED TRUSTEE'S OBJECTION REGARDING THEIR 2017

TAX REFUND.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTORS HAVE FAILED TO PROVIDE PROOF OF INCOME AND HAVE FAILED TO

RESOLVE TRUSTEE'S OBJECTION REGARDING THEIR 2017 TAX REFUND.

PLEASE ENTER AN ORDER OF DISMISSAL.

October 22, 2018

```
                         _____/s/_____
                         Jason L. Rogers, Attorney for the
                         Chapter 13 Trustee
                         GA Bar No.  142575
```

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

18-51776-PMB

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTORS:

Kawika Trevice Worrell
Camille Lizette Worrell
2555 Flat Shoals Rd
#3005
Atlanta, GA 30349

ATTORNEY FOR DEBTORS:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __22nd_____ day of October, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444